## (May 15, 1967)

In the Matter of JAMES E. DOHERTY, an Attorney, Respondent. BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.